WILLETT & WILLETT, for appellant.   KNOX, ACKER & BLACKMON, for appellee.

TYSON, C. J.  The cause is affirmed.

DOWDELL, ANDERSON and McCLELLAN, JJ., concur.

---

## TROY V. GOODWYN.

(Decided April 9, 1903.)

APPEAL from Montgomery City Court.

Heard before Hon. A. D. SAYRE.

WATTS & LETCHER, for appellant.   GOODWYN & McINTYRE, and J. W. A. SANFORD, for appellee.

McCLELLAN, J.  The cause is affirmed.

TYSON, C. J., DOWDELL and ANDERSON, JJ., concur.

---

## VICK V. THE STATE.

(Decided May 21, 1908.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. D. A. GREENE.

ALLEN & BELL, for appellant.   ALEXANDER M. GARBER, Attorney General, for the State.

SIMPSON, J.  Appeal dismissed on the authority of *Mayers v. The State,* 147 Ala. 687.

TYSON, C. J., HARALSON and SIMPSON, JJ., concur.

---

## VIGO V. CITY OF BIRMINGHAM.

(Decided April 23, 1908.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. D. A. GREENE.